# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Plaintiff(s), | ) ) ) ) |
| v. | ) ) ) ) ) ) |
| Defendant(s). | ) |

Hearing Type:

Date:

Before:   Judge Cathy Bissoon

| Counsel for Plaintiff |  |
|---|---|
| Counsel for Defendant |  |
| Court Reporter |  |
| Law Clerk  /CRD |  |
| Start time |  |
| End time |  |

**SUMMARY OF PROCEEDINGS:**